# Court of Appeals
# of the State of Georgia

ATLANTA,   June 28, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0429. MICHAEL ALONZA RUFUS v. SAMUEL D. OZBURN et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals. Rufus's "Emergency Motion for Supersedas" is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/28/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

          , *Clerk.*